# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

Brenda K. Martin, Bankruptcy Judge

### Hearing Information:

**Debtor:** LOUIE & ROSA M MCHUGH
**Case Number:** 2:22-BK-06633-BKM  **Chapter:** 13

**Date / Time / Room:** THURSDAY, JUNE 08, 2023 10:30 AM   TELEPHONIC HRGS
**Bankruptcy Judge:** BRENDA K. MARTIN
**Courtroom Clerk:** JENNIFER LOWRY
**Reporter / ECR:** LETICIA OROSCO

### Matters:

1) HEARING ON OBJECTION TO TRUSTEE'S RECOMMENDATION FILED BY THOMAS ADAMS MCAVITY OF PHOENIX FRESH START BANKRUPTCY ATTORNEYS ON BEHALF OF LOUIE MCHUGH, ROSA M MCHUGH.
   R / M #:  36 / 0

2) HEARING ON OBJECTION TO PROOF OF CLAIM 3 SUBMITTED BY CREDITOR INTERNAL REVENUE SERVICE FILED BY THOMAS ADAMS MCAVITY OF PHOENIX FRESH START BANKRUPTCY ATTORNEYS ON BEHALF OF LOUIE MCHUGH, ROSA M MCHUGH.
   R / M #:  24 / 0

### Appearances:

RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN, TRUSTEE
THOMAS ADAMS MCAVITY, ATTORNEY FOR LOUIE MCHUGH, ROSA M MCHUGH

### Proceedings:

COURT: THE COURT NOTES THAT THERE WERE ORDERS UPLOADED, WHICH HAVE NOT BEEN SIGNED, AS THEY DID NOT CONTAIN A DROP DEAD DATE.

Ms. Flinn informs the Court that the Trustee has agreed to a 30 day drop dead for the debtor to submit the Stipulated Order Confirming the Plan, after it has been signed off on by the objecting creditor.

Mr. McAvity agrees.

COURT: IT IS ORDERED THAT THE DEBTOR WILL HAVE UNTIL JULY 10, 2023 TO UPLOAD A STIPULATED ORDER CONFIRMING THE PLAN, SIGNED OFF ON BY THE INTERNAL REVENUE SERVICE. IF THE DEBTOR DEBTOR FAILS TO DO SO TIMELY THE TRUSTEE MAY LODGE A DISMISSAL ORDER.